AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Edith H | 2. Court or Organization<br><br>5th Circuit Court of Appeals | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>12505 U.S. Courthouse<br>515 Rusk<br>Houston, TX 77002-2600 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Sam Houston Area Council, Boy Scouts of America |
| 2. Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. Member | Judicial Advisory Board, George Mason University Law & Economics Center |
| 4. President | Garland Walker Inn of Court |
| 5. Member | White House Fellows Commission |
| 6. Member | President's Council of Cornell Women |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 16 A 11: 2 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Andrews & Kurth, LLP - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 1/10/07 | San Antonio, TX | Speech to Bar Association | Travel by personal auto (mileage) |
| 2. | The Federalist Society | 2/13-16/07 | Malibu & San Diego, CA | Speeches at 3 law schools | Air travel, lodging, meals & incidentals |
| 3. | The Federalist Society | 3/20/07 | Louisville, KY | Speech | Air travel, meals & incidentals |
| 4. | Common Good/The Kaufman Foundation | 4/13-15/07 | St. Michaels, MD | Participate in seminar | Air travel, lodging, meals, & incidentals |
| 5. | George Mason University Law & Economics Ctr | 4/20-26/07 | Tucson, AZ | "Varieties of Skepticism" | Air travel, lodging, meals & incidentals |
| 6. | Faulkner University | 6/1-2/07 | Montgomery, AL | Commencement | Air travel, lodging, meals & incidentals |

| | | | speech | |
|---|---|---|---|---|
| 7. | The Federalist Society | 7/18/07 | Dallas, TX | Speech | Air travel, meals & incidentals |
| 8. | Ashland University | 9/13-14/07 | Cleveland/Ashland, OH | Constitution Day speech | Air travel, lodging, meals & incidentals |
| 9. | George Mason University Law & Economics Ctr | 10/18-21/07 | San Diego, CA | "Thucydides" program | Air travel, lodging, meals & incidentals |
| 10. | Mississippi College of Law | 11/7-8/07 | Jackson, MS | Moot Court Judging | Air travel, meals & incidentals |
| 11. | The Federalist Society | 11/15-18/07 | Washington, DC | Panel moderator | Air travel, lodging, meals & incidentals |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Reduced price dues | The Houston Club | $ 1000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank of America - Accounts | B | Interest | K | T | | | | | |
| 3. J.P. Morgan Chase Bank - Accounts | B | Interest | K | T | | | | | |
| 4. STOCKS, BONDS & NOTES | | | | | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Xcel Energy - common | B | Dividend | K | T | Transferred | 02/28 | K | A | Son |
| 7. McDonald's Corp. - common | A | Dividend | J | T | | | | | |
| 8. Investment Co. of America | A | Dividend | K | T | | | | | |
| 9. Aim Constellation Fund | A | Dividend | K | T | | | | | |
| 10. Dow Chemical - common | A | Dividend | J | T | | | | | |
| 11. Exxon Mobil Corp. - common | B | Dividend | L | T | | | | | |
| 12. Nestle - common | A | Dividend | K | T | | | | | |
| 13. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 14. Aim Constellation Fund | A | Dividend | K | T | | | | | |
| 15. Putnam New Opportunity Fund | A | Dividend | J | T | | | | | |
| 16. BP Amoco - common | A | Dividend | K | T | | | | | |
| 17. Exxon Mobil Corporation - common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investment Co. of America | A | Dividend | J | T | | | | | |
| 19. Intel Corporation | A | Dividend | J | T | | | | | |
| 20. Procter & Gamble | B | Dividend | L | T | | | | | |
| 21. Newmont Gold - common | A | Distribution | J | T | | | | | |
| 22. Morgan Stanley Assets Acct | C | Interest | M | T | | | | | |
| 23. Morgan Stanley Assets Acct | B | Interest | L | T | | | | | |
| 24. Pepsico | A | Dividend | K | T | | | | | |
| 25. Lucent Technology | | None | J | T | | | | | |
| 26. Avaya, Inc. | A | Dividend | J | T | Sold | 10/26 | J | A | See note Part VIII |
| 27. NCR | | None | J | T | | | | | |
| 28. Morgan Stanley Utl. Fd. B.Q | B | Interest | K | T | | | | | |
| 29. Van Kampen Comstock B | A | Dividend | K | T | | | | | |
| 30. Franklin Insd. Tax Free Fund | B | Interest | K | T | | | | | |
| 31. Mut. Shares Class B Tax Free | B | Dividend | K | T | | | | | |
| 32. GPR Energy, LLC | E | Dividend | K | U | | | | | |
| 33. General Growth Properties | B | Dividend | K | T | | | | | |
| 34. General Growth Propertiies | A | Dividend | J | T | Received | 3/20 | J | A | See note Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  U.S. Treasury Bills | B | Interest | M | T | Redeemed | 3/08 | M | A | |
| 36.  GE Capital Corp. Bonds | C | Interest | L | T | | | | | |
| 37.  Seaspan | B | Dividend | K | T | | | | | |
| 38.  Syngenta | A | Dividend | L | T | | | | | |
| 39.  Toyota | B | Dividend | K | T | | | | | |
| 40.  Magellan Mainstream Partners | C | Dividend | K | T | | | | | |
| 41.  Archer Daniels Midland | B | Dividend | K | T | | | | | |
| 42.  Ideare, Inc. | A | Dividend | J | T | Sold | 3/05 | J | A | See note Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII.

Item 1. Bank Accounts.  Bank One account closed, bank merged with JP Morgan Chase.

Item 6. Stock transferred to ██████████.

Items 26 & 42. The holdings of Ideare ████████ and Avaya ████████ stock were tiny, too small to require reporting before the sale.  Proceeds of sale were also minuscule.

Item 31. Name changed from Mut. Series Shares Fund to Mut. Shares Class B Tax Free.

Items 33 & 34.  Following the dissolution of THC Partners in 2000, which I reported on the Financial Disclosure Report for that year, I continued to receive shares of stock in Rouse Co. semiannually through 2004 pursuant to a Contingent Stock Agreement that had earlier been executed by Rouse with the former members of THC Partners.  The value of the stock received, and dividends on all my Rouse investments, were duly reported in each year's financial reports.  Rouse Co. was acquired by General Growth Properties (GGP) in late 2004-early 2005, and GGP succeeds as obligor to the Contingent Stock Agreement.  Consequently, the GGP stock reported herein was received pursuant to that Agreement, which is ongoing.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544